IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff | : : : |
| v. | :   C.A. No. 1:15-cv-00363-RGA |
| DAVID R. GIBSON, ROBERT V.A. HARRA, JR. WILLIAM B. NORTH and KEVYN N. RAKOWSKI | : : : : : |
| Defendants | : : |

## UNOPPOSED MOTION FOR A STAY OF THE CIVIL ACTION

**COME NOW Defendants, David R. Gibson, Robert V.A. Harra, Jr., William B. North and Kevyn N. Rakowski (collectively "Defendants"), by and through its attorneys, hereby respectfully move the Court** for an Order granting a stay of the instant civil action pending resolution of the pending criminal action, *United States v. William B. North, et al.*, Crim. No. 15-23-RGA. The grounds for this motion are fully set forth in Memorandum of Law in Support of Defendants' Joint Motion to Stay served and filed contemporaneously herewith.

| OF COUNSEL: | **DALTON & ASSOCIATES, P.A.** |
|---|---|
| **KROVATIN KLINGEMAN LLC** Henry E. Klingeman Helen A. Nau 60 Park Place, St. 1100 Newark, NJ  07102 Phone: (973) 424-9777 hklingeman@krovatin.com hnau@krovatin.com | By:  /s/ Bartholomew J. Dalton Bartholomew J. Dalton (DE #808) Andrew Caulfield Dalton (DE #5878) Cool Spring Meeting House 1106 West 10th Street Wilmington, DE  19806 Phone:  (302) 652-2050 Fax:  (302) 652-0687 bdalton@bdaltonlaw.com adaulton@bdaltonlaw.com |
| | *Attorneys for Defendant Kevyn N. Rakowski* |

Case 1:15-cv-00363-RGA   Document 17   Filed 06/22/15   Page 2 of 4 PageID #: 118

| | |
|---|---|
| OF COUNSEL:<br><br>**PAUL HASTINGS LLP**<br>Kenneth M. Breen<br>John P. Nowak<br>Phara A. Guberman<br>75 East 55th Street<br>New York, NY 10022<br>Phone: (212) 318-63344<br>kennethbreen@paulhastings.com<br>johnnowak@paulhastings.com<br>pharaguberman@paulhastings.com | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>By: /s/ William M. Lafferty<br>William M. Lafferty (DE #2755)<br>1201 North Market Street<br>Wilmington, DE 19801<br>Phone: (302) 351-9341<br>Fax: (302) 425-4679<br>wlafferty@mnat.com<br><br>*Attorneys for Defendant David R. Gibson* |
| OF COUNSEL:<br><br>**ANDREW M. LAWLER, P.C.**<br>Andrew M. Lawler<br>Sharon D. Feldman<br>641 Lexington Avenue, 27th Floor<br>New York, NY 10022<br>Phone: (212) 832-3160<br>alawler@amlpc.com<br>sfeldman@amlpc.com | **McCARTER & ENGLISH, LLP**<br><br>By: /s/ Michael P. Kelly<br>Michael P. Kelly (DE #2295)<br>Andrew S. Dupre (DE #4621)<br>Daniel J. Brown (DE #4688)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Phone: (302) 984-6328<br>Fax: (302) 984-6300<br>mkelly@mccarter.com<br>adupre@mccarter.com<br>djbrown@mccarter.com<br><br>*Attorneys for Defendant Robert V.A. Harra, Jr.*<br><br>**WILKS, LUKOFF & BRACEGIRDLE, LLC**<br><br>By: /s/ David E. Wilks<br>David E. Wilks (DE #2793)<br>1300 North Grant Ave., St.100<br>Wilmington, DE 19806<br>Phone: (302) 225-0858<br>Fax: (302) 255-0859<br>dwilks@wlblaw.com<br><br>*Attorneys for Defendant William B. North* |

Dated: June 19, 2015

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, counsel for defendant Kevyn N. Rakowski, has consulted with counsel for the Plaintiff and the Defendants. Plaintiff Securities and Exchange Commission does not oppose this motion. All Defendants consent to and join in this motion.

| | |
|---|---|
| OF COUNSEL: | **DALTON & ASSOCIATES, P.A.** |
| **KROVATIN KLINGEMAN LLC** | By: /s/ Bartholomew J. Dalton |
| Henry E. Klingeman | Bartholomew J. Dalton (DE #808) |
| Helen A. Nau | Andrew Caulfield Dalton (DE #5878) |
| 60 Park Place, St. 1100 | Cool Spring Meeting House |
| Newark, NJ 07102 | 1106 West 10th Street |
| Phone: (973) 424-9777 | Wilmington, DE 19806 |
| hklingeman@krovatin.com | Phone: (302) 652-2050 |
| hnau@krovatin.com | Fax: (302) 652-0687 |
| | bdalton@bdaltonlaw.com |
| | adaulton@bdaltonlaw.com |

*Attorneys for Defendant Kevyn N. Rakowski*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff | : : |
| v. | : Civil Action No. 1:15-cv-00363-RGA |
| DAVID R. GIBSON, ROBERT V.A. HARRA, JR. WILLIAM B. NORTH and KEVYN N. RAKOWSKI | : : : : : |
| Defendants | : |

## PROPOSED ORDER

**HAVING CONSIDERED** Defendants' Unopposed Motion for Stay of the Civil Action, and any response thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the matter is stayed pending resolution of the criminal action *United States v. William B. North, et al.*, Crim. No. 15-23-RGA.

                                                                          _____
                                                                          HONORABLE RICHARD G. ANDREWS
                                                                          United States District Judge